UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MIKE CAUSEY, in his official capacity as the Commissioner of Insurance of the State of North Carolina<br>          Plaintiff,<br><br>v.<br><br>JESSICA K. ALTMAN, Insurance Commissioner of the Commonwealth of Pennsylvania and her successors in office, in their capacity as Rehabilitator of Senior Health Insurance Company of Pennsylvania, PATRICK CANTILO, in his capacity as Special Deputy Rehabilitator of Senior Health Insurance Company of Pennsylvania and SENIOR HEALTH INSURANCE COMPANY OF PENNSYLVANIA IN REHABILITATION<br>          Defendants | **JUDGMENT**<br><br>No. 5:22-CV-89-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of the plaintiff's motion to remand and defendants' motion to stay.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 25, 2022, more particularly described therein, that the captioned action be and hereby is remanded to Wake County Superior Court.

**This Judgment Filed and Entered on April 25, 2022, and Copies To:**
Daniel Snipes Johnson / M. Denise Stanford (via CM/ECF Notice of Electronic Filing)
Michael J. Broadbent / Denise L. Bessellieu (via CM/ECF Notice of Electronic Filing)
The Honorable Frank Williams (via U.S. Mail at Wake County Clerk of Superior Court, P. O. Box 351, Raleigh, NC 27602)

April 25, 2022          PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk